IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JACOB JAMES TOWNSEND          PLAINTIFF

VS.          Civil No. 4:11-cv-04086

SHERIFF JAMES SINGLETON, et al.          DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed January 11, 2012, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 7). Judge Bryant recommends that the above-styled case be dismissed pursuant to Fed. R. Civ. P. 41(b) for Plaintiff's failure to follow a court order and to prosecute this action. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's case is **DISMISSED**.

**IT IS SO ORDERED**, this 31st day of January, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge